FILED
JUL 23 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4:25 CR 365 |
| ) | Title 21, United States Code, |
| JEAN CARLOS MARTINEZ, ) | Sections 841(a)(1), (b)(1)(B), |
| ) | and 846 |
| Defendant. ) | **JUDGE BRENNAN** |

COUNT 1
(Attempted Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846)

The Grand Jury charges:

1. Between in or around December 2024, and in or around January 2025, in the Northern District of Ohio, Eastern Division, Defendant JEAN CARLOS MARTINEZ did knowingly and intentionally attempt to possess with intent to distribute more than 500 grams of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and 846.

2. Before JEAN CARLOS MARTINEZ committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, conspiracy to distribute heroin, on or about November 19, 2015, in case number 4:14CR425, in the United States District Court, Northern District of Ohio, for which he served a term of imprisonment of more than 12 months and his release from imprisonment was within 15 years of the commencement of the offense charged in this count.

3. Before JEAN CARLOS MARTINEZ committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, conspiracy to distribute heroin, on or about June 13, 2005, in case number 4:04CR246, in the United States District Court, Northern District of Ohio, for which he served a term of imprisonment of more than 12 months and his release from imprisonment was within 15 years of the commencement of the offense charged in this count.

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violation; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.